UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-22352-RAR

CHAUNZ SWANN,

     Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY,

     Defendant.

_____/

## REPORT AND RECOMMENDATIONS ON MOTION TO STAY

**THIS CAUSE** is before the Court upon Defendant Nationwide Mutual Insurance Company's Motion to Stay Pre-Trial and Trial Deadlines Pending a Ruling on Defendant's Motion for Summary Judgment, (ECF No. 59) (the "Motion"). This case was referred to the undersigned United States Magistrate Judge for a ruling on all non-dispositive motions and a report and recommendation on all dispositive motions. The undersigned convened a hearing on the Motion on April 14, 2026. Based upon the Motion and the Parties' agreement at the hearing, and as set forth below, the undersigned recommends that the Motion be **GRANTED**, as follows.

Defendant timely filed its Motion for Summary Judgment on March 17, 2026. (ECF No. 55). Plaintiff did not file a response in opposition, but rather, filed a motion seeking the opportunity to conduct discovery, relying on Federal Rule of Civil Procedure 56(d).

Under the operative Scheduling Order in this case, the Parties face an April 14, 2026 deadline to "submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law," as well as any motions *in limine*. The instant Motion seeks a stay of the April 14 deadline, and any deadlines thereafter, pending a ruling on Defendant's motion for summary judgment.

1

Plaintiff does not oppose the relief requested, contingent on his being able to conduct discovery necessary to oppose Defendant's request for dismissal. As memorialized in my separately issued Order, (ECF No. 62), Plaintiff's request has been granted. The Parties agreed that an appropriate deadline to file motions for summary judgment[1] would be June 12, 2026, two weeks after the close of the 45-day discovery period.

With agreement of the Parties and to encourage judicial economy in this matter, the undersigned respectfully **RECOMMENDS** that the Court **GRANT** Defendant's Motion to Stay; set a deadline of June 12, 2026 to file motions for summary judgment; vacate the Trial Scheduling Order and stay all trial related deadlines in this matter pending resolution of summary judgment.

A party shall serve and file written objections, if any, to this Report and Recommendations with the Honorable Rodolfo A. Ruiz II, United States District Judge for the Southern District of Florida, within **THREE (3) DAYS**[2] of being served with a copy of this Report and Recommendations. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusion. 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

The Clerk of Court is instructed to send a copy of this Order to Plaintiff via e-mail.

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 14th day of April, 2026.

_____

LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:

**Chaunz Swann**
1732 NW 185th Ter
Miami Gardens, FL 33056

---

[1] Defendant withdrew its pending Motion for Summary Judgment, without prejudice to file a renewed motion after the limited 45-day discovery period.

[2] The Parties agreed to this abbreviated objection period at the April 14 hearing.